IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| RYAN DAVID ROSSWURM<br>AMY JO ROSSWURM | )<br>)<br>) | CASE NO. 4-09-00656-JMM |
| Debtor(s). | )<br>)<br>) | **APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |

Stanley J. Kartchner, Trustee, reports that the following dividend check(s) have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| **1** | **Arizona Institute of Urology, PLLC**<br>**1106 N. El Dorado Place**<br>**Tucson AZ 85715** | **$872.00** | **$26.79** |

_____11/1/10_____  \_\_/s/ SJK_____
Date                        Stanley J. Kartchner, Trustee